AO 91 (Rev. 11/11) Criminal Complaint

# UNITED STATES DISTRICT COURT
for the

Southern District of Florida

| | |
|---|---|
| United States of America<br>v.<br>DUARTE MOTA<br><br>*Defendant(s)* | Case No. 22-MJ-6024-STRAUSS |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of _____1/21/2022_____ in the county of _____Broward_____ in the
___Southern___ District of ___Florida___, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 2113(a) | Attempted Bank Robbery |

This criminal complaint is based on these facts:

See attached affidavit.

☒ Continued on the attached sheet.

*Complainant's signature*

Christopher Anderson, Special Agent, FBI
*Printed name and title*

Sworn in my presence by FACETIME Video

Date: 01/22/2022

*Judge's signature*

City and state: Fort Lauderdale, Florida

Jared M. Strauss U.S. Magistrate Judge
*Printed name and title*

| Print | Save As... | Attach | | Reset |

## AFFIDAVIT IN SUPPORT OF CRIMINAL COMPLAINT

Your Affiant, Christopher Anderson, being duly sworn, deposes and states as follows:

## INTRODUCTION AND AGENT BACKGROUND

1. I am a Special Agent for the Federal Bureau of Investigation ("FBI") currently assigned to the Violent Crimes/Fugitive Task Force in the Miami Division. I have received training at the FBI Academy in Quantico, Virginia. As a Special Agent for the FBI, my current duties involve the investigation of a variety of violations of federal offenses, including bank robberies, Hobbs Act robberies, extortion, and other violations of federal law. I have been an FBI Special Agent since December 2021. Prior to my employment as a Special Agent with the FBI, I worked as a police officer from October 2016 to July 2021 where I was assigned to the patrol division.

2. This affidavit is submitted in support of a criminal complaint charging DUARTE MOTA with attempted bank robbery, in violation of Title 18, United States Code, Section 2113(a).

3. I respectfully submit there is probable cause to believe that on January 21, 2022, MOTA did knowingly attempt to take, by intimidation, from the person and presence of employees of Wells Fargo Bank, N.A., located at 1807 N. Young Circle, Hollywood, FL 33020, United States currency belonging to, and in the care custody, control, management, and possession of Wells Fargo Bank, N.A., a bank whose deposits were then insured by the Federal Deposit Insurance Corporation.

4. The statements contained in this affidavit are based on my personal knowledge, as well as information relayed to me by other law enforcement officials and bank security personnel involved in this investigation. I have not included in this affidavit each and every fact known to me. Rather, I have included only the facts that are sufficient to establish probable cause for the issuance of a criminal complaint against MOTA for the above-described criminal violation.

## PROBABLE CAUSE

5. On January 21, 2022, at approximately 9:43 a.m., a white male, later identified as DUARTE MOTA, entered the Wells Fargo, located at 1807 N. Young Circle, Hollywood, FL 33020. Wells Fargo is insured by the Federal Deposit Insurance Corporation.

6. MOTA, wearing a face mask and a red hoodie with a gold lettering displayed on the front and sleeves, approached the victim bank teller with a handwritten note, which said, "I have a pistol put 1,000 dollars envelope don't make me shoot someone." The victim bank teller asked MOTA if he wanted to make a withdrawal as she handed him a withdrawal slip. MOTA took the slip and a pen and wrote, "I have a pistol" on the withdrawal slip. MOTA then said to the victim bank teller, "I don't think you understand the note." The victim bank teller asked for MOTA's ID card so she could make the withdrawal for him. MOTA then told the bank teller, "I have a pistol. Another word for pistol is gun" as he motioned to his hip. The victim bank teller, in fear for her safety and others present in the bank, activated the silent alarm and turned to the branch manager and another employee. MOTA then stated to the victim bank teller, "I'll be waiting outside, if the police don't catch me I will kill you." MOTA then exited the bank, and departed the vicinity.

7. The attempted bank robbery was recorded on Wells Fargo's video security cameras. This footage captured MOTA as he entered the bank, interact with the victim teller, and subsequently depart the bank.

8. Responding law enforcement officers canvassing the area located a subject matching MOTA's clothing description. Upon approach, MOTA stated to responding officers, "Yea I know why you guys stopped me, I tried to rob the Wells Fargo." In MOTA's pocket, officers found the written note demanding money and threatening to shoot someone, as well as the withdrawal slip where he wrote he had a pistol.

9. MOTA was taken into custody and transported to the Hollywood Police Department to be interviewed. After waiving his *Miranda* Rights and agreeing to speak to law enforcement, MOTA admitted to entering the Wells Fargo and asking for $1,000 USD. When MOTA was shown security camera still photographs from the Wells Fargo surveillance system, MOTA admitted he was the subject in the photographs during the date and time of the attempted robbery.

## CONCLUSION

10. Based on my training and experience, and as further supported by the facts in this affidavit, I respectfully submit that probable cause exists to charge MOTA with Attempted Bank Robbery, because he knowingly, by means of intimidation, attempted to take from the person and presence of employees of federally insured bank, that is, United States currency belonging to, and in the care, custody, control, management, and possession of Wells Fargo Bank, N.A., located at 1807 N. Young Circle, Hollywood, FL 33020, in violation of Title 18, United States Code, Sections 2113(a).

*FURTHER YOUR AFFIANT SAYETH NAUGHT.*

SPECIAL AGENT CHRISTOPHER ANDERSON
FEDERAL BUREAU OF INVESTIGATION

Subscribed and sworn before me
this 22nd day of January, 2022.

HONORABLE JARED M. STRAUSS
UNITED STATES MAGISTRATE JUDGE

3